UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TRUDY CALLAHAN,**

      **Plaintiff,**

vs.                                                      Case No.: 3:16-cv-01348-HES-JBT

**CITY OF JACKSONVILLE, FLORIDA,**

      **Defendant.**

___

## PLAINTIFF TRUDYA CALLAHAN'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND CASE MANAGEMENT DEADLINES

Plaintiff, Lt. Trudy Callahan, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, hereby moves for entry of an order extending the case management deadlines, pretrial date and trial date in this cause, and as grounds state as follows:

1. On March 16, 2016, the Court entered an Order (Doc. 90), which set forth the below listed deadlines (also included are the new requested deadlines–in bold–if an extension is granted):

| | | |
|---|---|---|
| Discovery Completion: | February 5, 2018 | **April 6, 2018** |
| Dispositive/*Daubert* motions: | March 9, 2018 | **May 8, 2018** |
| Pretrial Conference: | July 18, 2018 | **October 12, 2018** |
| Trial Term: | September 10, 2018 | **December 2018** |

2. The attorneys for the parties have cooperated in discovery matters in this case. Nevertheless, the case involves factual disputes regarding a long span of time. Despite such efforts, further discovery remains to be done and the current discovery deadline of February 5, 2018, does not provide adequate time to do so in light of other work demands. Furthermore, Plaintiffs' prior

travel plans for her daughter's upcoming graduation have left her unavailable to attend depositions during the month of December.

4. Pursuant to Local Rule 3.09(d), counsel for the Plaintiff has certified that Plaintiff has been informed of this motion and has consented to it.

5. Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with counsel for Defendant and counsel for Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully request this Court to enter its order granting a continuance of the trial in this cause and extending the other case management deadlines, including the discovery deadline, as proposed herein.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time or its extension expires. In the instant case, this motion and request for an extension of time has been made before the deadline for completion of discovery set forth in the Case Management and Scheduling Order. Further, this motion is not made for purposes of undue delay. Last, discovery has been diligently conducted, yet the complexities of the instant case require more discovery. *See Hensley v. Eckerhart,* 461 U.S. 424, 447 (1983) (analogizing civil rights cases in the attorney's fee context to "other types of equally complex Federal litigation, such as antitrust cases[.]"). Accordingly, this Court should grant the instant motion and extend the deadline by which the parties are to complete discovery beyond the current February 5, 2018 deadline and continue the trial date as proposed herein.

Respectfully submitted,

*Jesse* _____
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:    (904) 356-9661
Facsimile:    (904) 356-9667
Email:        sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ____ day of December, 2017, a copy of the foregoing was sent to the following by Electronic Mail:

**Wendy Byndloss, Esquire**
**Sean Granat, Esquire**
**City of Jacksonville**
**Office of General Counsel**
**117 West Duval Street, Ste. 486**
**Jacksonville, Florida 32202**
**Email: wbyndloss@coj.net**

_____
ATTORNEY

lr[callahan.trudy.continue.trial.cmc.motion]

3