UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRUDY CALLAHAN,

        Plaintiff,

vs.                              Case No.: 3:16-cv-01348-HES-JBT

CITY OF JACKSONVILLE, FLORIDA,

        Defendant.

## PLAINTIFF TRUDY CALLAHAN'S UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE

Plaintiff, Lt. Trudy Callahan, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, hereby moves for entry of an order extending the case management deadlines, pretrial date and trial date in this cause, and as grounds state as follows:

1. On December 12, 2017, Plaintiff filed an unopposed motion to extend the case management deadlines in this case. In the requested relief, Plaintiff failed to seek an extension of the mediation deadline, which previously was set to occur after discovery.

2. On December 21, 2017, this Court granted the motion.

3. The parties would prefer to mediate the case following the close of discovery, as indicated in the initial case plan. As such, Plaintiff respectfully requests this court extend the deadline to mediate until April 20, 2018.

4. Pursuant to Local Rule 3.09(d), counsel for the Plaintiff has certified that Plaintiff has been informed of this motion and has consented to it.

5. Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred

with counsel for Defendant and counsel for Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully request this Court to enter its order extending the deadline to mediate in this cause until April 20, 2018.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time or its extension expires. In the instant case, this motion and request for an extension of time has been made before the deadline for mediation set forth in the Case Management and Scheduling Order. Accordingly, this Court should grant the instant motion and extend the mediation deadline.

Respectfully submitted,

/s/ Jesse

Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:    (904) 356-9661
Facsimile:    (904) 356-9667
Email:        sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on \_\_\_11\_\_\_ day of January, 2018, a copy of the foregoing was sent to the following by Electronic Mail:

> Wendy Byndloss, Esquire
> Sean Granat, Esquire
> City of Jacksonville
> Office of General Counsel
> 117 West Duval Street, Ste. 486
> Jacksonville, Florida 32202
> Email: wbyndloss@coj.net

_____
ATTORNEY

lr[callahan.trudy.continue.mediation.motion]