# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**TRUDY CALLAHAN,**

     **Plaintiff,**

**vs.**                                      **Case No.: 3:16-cv-01348-HES-JBT**

**CITY OF JACKSONVILLE, FLORIDA,**

     **Defendant.**

_____

## PLAINTIFF'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Trudy Callahan, by and through undersigned counsel and pursuant to Local Rule 3.09, hereby moves this Honorable Court for its Order authorizing an extension of time of three (3) days for Plaintiff to file a response to Defendant's Motion for Summary Judgment.  In support thereof, Plaintiff states:

1.     On October 3, 2018, Defendant served its Motion for Summary Judgment on Plaintiff.

2.     Plaintiff's response to Defendant's Motion for Summary Judgment is due to be filed with this Court on November 16, 2018.

3.     Defendant's motion raises complex issues of fact and law for which undersigned counsel needs additional time to prepare a proper response. Furthermore, the undersigned is not able to file the response due to a mediation in the Eleventh Circuit that ran longer than scheduled.

4.     Accordingly, counsel for Plaintiff is requesting a three (3) day extension of time until and including Monday, November 19, 2018.

5.      Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with Sean Granat, Esquire, who indicates the Defendant does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter its Order granting Plaintiff a three (3) day extension of time to respond to Defendant's Motion for Summary Judgment up to and including November 19, 2018.

## MEMORANDUM OF LAW

Local Rule 3.09(a), Rules for the United States District Court for the Middle District of Florida, provides: "No trial, hearing or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the court for good cause shown."

Further, Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time if a request is made before the original time or its extension expires.  In the instant case, this motion and request for an extension of time has been made before the time to respond to Defendant's Motion for Summary Judgment and demonstrates good cause for the request.  This motion is not made for purposes of undue delay, but rather comes at the consent of Defendant.  Accordingly, this Court should grant the instant motion.

Respectfully submitted,

*/s/ Jesse B. Wilkison*

Wm. J. Sheppard, Esquire
Florida Bar No.:  109154
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Jesse B. Wilkison, Esquire
Florida Bar No.:  118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:     (904) 356-9661
Facsimile:     (904) 356-9667
Email:         sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the following by Electronic Mail, this 16th day of November 2018.

**Wendy E. Byndloss, Esquire**
**Sean Granat, Esquire**
**City of Jacksonville**
**Office of General Counsel**
**117 West Duval Street**
**Jacksonville, Florida 32202**

*/s/ Jesse B. Wilkison*

ATTORNEY

lr[callahan.mofet.sj.4]

3