UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TRUDY CALLAHAN,**

    **Plaintiff,**

vs.                                   Case No.: 3:16-cv-01348-HES-JBT

**CITY OF JACKSONVILLE, FLORIDA,**

    **Defendant.**

_____

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE SURREPLY

Pursuant to Local Rule 3.01(c), Plaintiff, Trudy Callahan, by and through undersigned counsel, file this Unopposed Motion for Leave of Court to File Surreply, not to exceed five (5) pages, in opposition to Defendant's Motion for Summary Judgment and Defendant's Reply in support of the same. (Doc. 30, 40). In support thereof, Plaintiff states as follows:

1. Defendant filed its Motion for Summary Judgment on October 3, 2018 (Doc. 30).

2. On November 19, 2018, Plaintiff filed her Response in Opposition to Defendant's Motion for Summary Judgment. (Doc. 40).

3. Defendant moved to file a reply to Plaintiff's response. (Doc. 44). Plaintiff did not oppose the filing of same and reached an agreement with counsel for Defendant that Defendant's counsel would not oppose Plaintiff seeking to file a surreply brief after the filing of Defendant's reply.

4. Defendant's reply contains various factual assertions that Plaintiff believes need to be corrected or are disputed by other facts in the record.

5. Plaintiff seeks to file a surreply to briefly address the issues identified above.

6. A surreply will assist this Court in its consideration of the issues in this case and its resolution on Defendant's Motion for Summary Judgment.

7. Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with Wendy Byndloss, Esquire, counsel for Defendant, and is authorized to represent that the Defendant does not oppose the filing of a surreply by Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter its Order granting this motion and allowing Plaintiff to file a surreply, not to exceed five (5) pages in opposition to Defendant's Motion for Summary Judgment.

## **MEMORANDUM OF LAW**

Local Rule 3.01(c), Rules for the United States District Court for the Middle District of Florida, provides that no party shall file any reply or further memorandum directed to a motion or response unless the Court grants leave. Moreover, Local Rule 3.01(d) requires that any motion requesting leave to file a reply or further memorandum shall not exceed three pages and shall specify the length of the proposed filing.

Respectfully submitted,

    */s/ Jesse B. Wilkison*
Wm. J. Sheppard, Esquire
Florida Bar No.:   109154
Elizabeth L. White, Esquire
Florida Bar No.:   314560
Matthew R. Kachergus, Esquire
Florida Bar No.:   503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:   055712
Jesse B. Wilkison, Esquire
Florida Bar No.:   118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:     (904) 356-9661
Facsimile:     (904) 356-9667
Email:          sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the following by Electronic Mail, this 26th day of December 2018.

**Wendy E. Byndloss, Esquire**
**Sean Granat, Esquire**
**City of Jacksonville**
**Office of General Counsel**
**117 West Duval Street**
**Jacksonville, Florida 32202**

    */s/ Jesse B. Wilkison*
ATTORNEY

lr[callahan.leave.motion]